FORM dsoa

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re: Antonio Tyrone Brown
SSN/ITIN: xxx–xx–8364
Tax ID: 59–1848364
 Debtor

Bankruptcy Case No.: 24–10149

Chapter: 13

# DEBTOR'S STATEMENT OF ASSISTANCE RECEIVED IN CONNECTION WITH THE FILING OF THIS CASE

____  I DID NOT RECEIVE ANY ASSISTANCE IN PREPARING THIS CASE FOR FILING.

____  I DID RECEIVE ASSISTANCE IN PREPARING THIS CASE FOR FILING. (If you did receive assistance, please complete items 1–4 below.)

1. The person or firm that assisted is:

    Name: _____

    Address: _____

    _____

    Telephone: (____) _____

2. I paid the sum of $_____

3. I still owe the sum of $_____

4. I agreed to turn over or give a security interest in the following property:

    _____

    _____

I (we), _____ , the Debtor(s), do hereby declare under penalty of perjury, that the statements above are true and correct.

Executed this _____ day of _____, 20_____, at _____, Florida.
                  (Day)        (Month)        (Year)        (City)

_____           _____
Signature of Debtor                                              Signature of Joint Debtor, if any